# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B. | 2. Court or Organization<br><br>USDC-Eastern District of NY | 3. Date of Report<br><br>08/25/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | TIAA Retirement Plans |
| 2. | 1998 | New York State Retirement Plans |
| 3. | 2000 | New York State Savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Royalties, Foundation Press | $1,316.00 |
| 2. 2014 | Teachers Ins & Annuity Pensions | $14,922.00 |
| 3. 2014 | NY State Retirement System Pension | $9,128.00 |
| 4. 2014 | Judicial Retiree & Survivors | $343,571.00 |
| 5. 2014 | Wells Fargo Advisors - IRA | $145,665.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo bank deposit sweep | A | Interest | | | Sold | 11/13/14 | J | A | |
| 2. Atlas Pipeline Partners | A | Dividend | | | Sold | 05/05/14 | J | B | |
| 3. Buckeye partners lp | B | Dividend | | | Sold | 05/05/14 | K | D | |
| 4. Caterpillar Fin 2/17/14 | A | Interest | | | Sold | 02/18/14 | J | A | |
| 5. Sunoco inc - 10/15/14 | A | Interest | | | Sold | 10/15/14 | J | A | |
| 6. JP Morgan Chase & Co - 10/01/15 | B | Interest | K | T | | | | | |
| 7. Key Bank NA - 03/03/16 | A | Interest | K | T | | | | | |
| 8. Goldman Sachs Group Inc - 01/15/17 | B | Interest | | | Sold | 05/05/14 | K | A | |
| 9. JP Morgan Chase & Co - i06/27/17 | A | Interest | K | T | | | | | |
| 10. General Electric Cap Corp-9/15/17 | B | Interest | K | T | | | | | |
| 11. Walt Disney Company - 12/15/17 | A | Interest | J | T | | | | | |
| 12. Target corp 01/15/18 | B | Interest | | | Sold | 05/12/14 | J | B | |
| 13. Verizon communications - 02/15/18 | B | Interest | | | Sold | 05/12/14 | J | B | |
| 14. Archer Daniels - 03/15/18 | A | Interest | J | T | | | | | |
| 15. Metlife Inc - 08/15/18 | A | Interest | J | T | | | | | |
| 16. Vanderbilt University 04/01/19 | B | Interest | | | Sold | 05/09/14 | J | B | |
| 17. Buckeye partners lp-due 08/15/19 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Safeway Inc due 08/15/19 | B | Interest | | | Sold | 08/05/14 | K | A | |
| 19. Time Warner Cable Inc due 02/01/20- previously 08/15/19 | A | Interest | J | T | | | | | |
| 20. Alcoa inc due 08/15/20 | B | Interest | | | Sold | 08/05/14 | J | A | |
| 21. Chesapeake Energy Corp due 08/15/20 | A | Interest | J | T | | | | | |
| 22. Entergy corp due 09/15/20 | A | Interest | J | T | | | | | |
| 23. Hewlett-Packard co due 12/09/21 | A | Interest | K | T | Sold (part) | 07/23/14 | K | B | |
| 24. Raymond James financial senior note due 04/01/24 | A | Interest | K | T | | | | | |
| 25. Goldman Sachs Bank 01/14/19 | B | Interest | | | Sold | 08/05/14 | J | A | |
| 26. American Express Bank 03/18/19 | A | Interest | J | T | | | | | |
| 27. Hometrust bank clyde nc 08/26/21 | A | Interest | K | T | | | | | |
| 28. Anglogold holdings PLC due 04/15/20 | B | Interest | K | T | | | | | |
| 29. Lloyd TSB bank due 01/21/21 | B | Interest | | | Sold | 05/09/14 | K | B | |
| 30. Virtus opportunities TR premium | A | Interest | K | T | Buy | 01/10/14 | K | | |
| 31. Virtus opportunities TR premium | A | Interest | | | Sold (part) | 06/26/14 | L | C | |
| 32. Virtus opportunities TR-Virtus Dynamic | A | Interest | K | T | Buy | 01/01/14 | K | | |
| 33. Invesco Balanced Risk fund | A | Interest | | | Sold | 05/09/14 | K | A | |
| 34. First Eagls Sogen Global FD | B | Interest | | | Sold | 11/11/14 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ING Mutual FDS Global BD - Name change to Voya Mutual | A | Interest | K | T | | | | | |
| 36. Janus Invt FD Flexible FD | A | Interest | K | T | | | | | |
| 37. Mainstay FDS TR Marketfield FD | A | Interest | | | Sold | 11/11/14 | L | D | |
| 38. Virtus Opportunities TR-Virtus Dynamic | A | Interest | | | Sold | 11/11/14 | L | C | |
| 39. Pimco All Asset Authority Fund | A | Interest | | | Sold | 01/10/14 | K | B | |
| 40. Steelpath MLP FDS TR | C | Interest | L | T | | | | | |
| 41. AT&T Inc | A | Dividend | K | T | Buy | 05/05/14 | K | | |
| 42. Conocophillips | A | Dividend | K | T | Buy | 11/06/14 | K | | |
| 43. Dow Chemical Company | A | Dividend | K | T | Buy | 11/13/14 | K | | |
| 44. Ensco PLC Class A | B | Dividend | J | T | Buy | 11/06/14 | J | | |
| 45. Ford Motor Company | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 46. General Electric Company | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 47. Glaxosmithkline PLC-ADR | B | Dividend | K | T | Buy | 11/06/14 | K | | |
| 48. International Business Machine Corp | A | Dividend | K | T | Buy | 11/13/14 | K | | |
| 49. Kellogg Company | A | Dividend | K | T | Buy | 11/13/14 | K | | |
| 50. Sanofi ADR | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 51. Target corp | A | Dividend | K | T | Buy | 11/12/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Verizon Communication COM | A | Dividend | K | T | Buy | 05/05/14 | K | | |
| 53. Blackrock FDS II | B | Interest | K | T | Buy | 07/23/14 | K | | |
| 54. Federated Income SECS | B | Interest | K | T | Buy | 05/09/14 | K | | |
| 55. Franklin Income FD | B | Interest | L | T | Buy | 11/17/14 | L | | |
| 56. Goldman Sachs TR | A | Interest | K | T | Buy | 11/12/14 | K | | |
| 57. Good Harbor Tactical Equity Income | A | Interest | K | T | Buy | 06/26/14 | K | | |
| 58. Hartford Mut FDS Inc | A | Interest | K | T | Buy | 05/09/14 | K | | |
| 59. JPMorgan Income Builder | B | Interest | K | T | Buy | 11/13/14 | K | | |
| 60. Mainstay FDS TR | B | Interest | K | T | Buy | 11/06/14 | K | | |
| 61. Pimco Income | B | Interest | L | T | Buy | 11/06/14 | L | | |
| 62. Pimco Eqs Long/short | A | Interest | | | Buy | 01/10/14 | L | | |
| 63. Pimco Eqs Long/short | A | Interest | | | Sold | 11/06/14 | L | D | |
| 64. Pioneer SER TR | A | Interest | J | T | Buy | 05/12/14 | J | | |
| 65. Principal Global DIV Income Fd | A | Interest | K | T | Buy | 11/12/14 | K | | |
| 66. Putnam Diversified Income | B | Interest | L | T | Buy | 11/06/14 | L | | |
| 67. Putnam FDS TR Capital Spectrum FD | A | Interest | | | Buy | 06/26/14 | L | | |
| 68. Putnam FDS TR Capital Spectrum FD | A | Interest | | | Sold | 11/06/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Global Total Return | A | Interest | K | T | Buy | 11/13/14 | K | | |
| 70. Express Scripts HLDG Co | A | Interest | | | Buy | 05/12/14 | K | | |
| 71. Express Scripts HLDG Co | A | Interest | | | Sold | 08/01/14 | K | A | |
| 72. JCPenney Co Inc | B | Interest | | | Buy | 05/05/14 | K | | |
| 73. JCPenney Co Inc | B | Interest | | | Sold | 08/01/14 | K | B | |
| 74. Ishares core S&P Midcap ETF | A | Interest | | | Buy (add'l) | 11/03/14 | M | | |
| 75. Ishares core S&P Midcap ETF | A | Interest | | | Sold | 11/07/14 | M | A | |
| 76. Ishares core S&P Midcap ETF S&P Index 500 | A | Interest | | | Buy | 10/01/14 | M | | |
| 77. Ishares core S&P Midcap ETF S&P Index 500 | A | Interest | | | Sold | 11/07/14 | M | A | |
| 78. Proshare Ultra Midcap 400 | A | Interest | | | Buy | 11/03/14 | K | | |
| 79. Proshare Ultra Midcap 400 | A | Interest | | | Sold | 11/07/14 | K | A | |
| 80. Proshare Ultra S&P ET | A | Interest | | | Buy | 10/01/14 | L | | |
| 81. Proshare Ultra S&P ET | A | Interest | | | Sold | 10/16/14 | L | A | |
| 82. Ishares ETF 1-3 YR Treasury Bond | A | Interest | | | Buy | 10/16/14 | M | | |
| 83. Ishares ETF 1-3 YR Treasury Bond | A | Interest | | | Sold | 11/07/14 | M | A | |
| 84. Ishares ETF 3-7 YR Treasury Bond | A | Interest | | | Buy | 08/01/14 | L | | |
| 85. Ishares ETF 3-7 YR Treasury Bond | A | Interest | | | Sold | 09/02/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Proshares Trust ETF Ultra 7-10 Yr Treasury | A | Interest | | | Buy | 10/16/14 | L | | |
| 87. | Proshares Trust ETF Ultra 7-10 Yr Treasury | A | Interest | | | Sold | 11/07/14 | L | A | |
| 88. | Ishares ETF Russell 2000 | A | Interest | | | Buy | 05/02/14 | M | | |
| 89. | Ishares ETF Russell 2000 | A | Interest | | | Sold | 10/01/14 | M | A | |
| 90. | Ultra Russell 2000 Proshares ETF 2x | A | Interest | | | Buy | 06/17/14 | K | | |
| 91. | Ultra Russell 2000 Proshares ETF 2x | A | Interest | | | Sold | 07/16/14 | K | A | |
| 92. | Ishares ETF 7-10 YR Treasury Bond | A | Interest | | | Buy | 08/18/14 | K | | |
| 93. | Ishares ETF 7-10 YR Treasury Bond | A | Interest | | | Sold | 09/16/14 | K | A | |
| 94. | Anadarko Petroleum Corp. | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 95. | Cabot Oil & Gas | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 96. | Celgene Corp | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 97. | Citigroup Inc | A | Dividend | J | T | Sold (part) | 06/27/14 | J | A | |
| 98. | Delta Air Lines Inc New | A | Dividend | J | T | Sold (part) | 06/27/14 | J | A | |
| 99. | Delta Air Lines Inc New | A | Dividend | J | T | Buy | 07/08/14 | J | | |
| 100. | Deveon Energy Corp | A | Dividend | | | Sold | 02/21/14 | J | A | |
| 101. | Eli Lily & Co | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 102. | EOG Resources Inc | A | Dividend | | | Sold | 03/1/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gamestop Corp Class A | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 104. Grainger WW Inc | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 105. Green Mountain Coffee Roaster inc. | A | Dividend | | | Sold | 01/23/14 | J | B | |
| 106. Home Depot Inc | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 107. Pepsico Inc | A | Dividend | J | T | Sold (part) | 06/27/14 | J | A | |
| 108. Phillip Morris Intl Inc. | A | Dividend | | | Sold | 02/10/14 | J | A | |
| 109. SLM Corp | A | Dividend | | | Sold | 05/20/14 | J | B | |
| 110. SM Energy Co Com | A | Dividend | | | Sold | 02/20/14 | J | A | |
| 111. Starbucks Corp | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 112. TE Connectivity LTD | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 113. Union Pacific Corp | A | Dividend | J | T | Sold (part) | 03/19/14 | J | A | |
| 114. Visa Inc Class A | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 115. Wells Fargo bank deposit sweep | A | Dividend | K | T | Buy | 01/01/14 | K | | |
| 116. Abbott Laboratories | A | Dividend | | | Buy | 01/23/14 | J | | |
| 117. Abbott Laboratories | A | Dividend | | | Sold | 04/21/14 | J | A | |
| 118. Abbvie Inc | A | Dividend | | | Buy | 08/05/14 | J | | |
| 119. Abbvie Inc | A | Dividend | | | Sold | 09/18/14 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Activision Blizzard Inc | A | Dividend | | | Buy | 01/08/14 | J | | |
| 121. Activision Blizzard Inc | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 122. Attira Group Inc | A | Dividend | | | Buy | 01/08/14 | J | | |
| 123. Attira Group Inc | A | Dividend | | | Sold | 04/30/14 | J | A | |
| 124. American Express Company | A | Dividend | J | T | Buy | 09/16/14 | J | | |
| 125. Archer-Daniels-Midlnd Co | A | Dividend | J | T | Buy | 10/20/14 | J | | |
| 126. Bank of America Corp | A | Dividend | J | T | Buy | 03/04/14 | J | | |
| 127. Bank of America Corp | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 128. Best Buy Co Inc | A | Dividend | | | Buy | 01/03/14 | J | | |
| 129. Best Buy Co Inc | A | Dividend | | | Sold | 01/17/14 | J | B | |
| 130. Biogen Idec Inc | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 131. Canadian Solar Inc | A | Dividend | | | Buy | 03/21/14 | J | | |
| 132. Canadian Solar Inc | A | Dividend | | | Sold | 04/08/14 | J | A | |
| 133. Capital One Financial Corp | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 134. Coca Cola Enterprises | A | Dividend | J | T | Buy | 06/18/14 | J | | |
| 135. Coca Cola Enterprises | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 136. Delphi Automotive PLC | A | Dividend | | | Buy | 09/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Delphi Automotive PLC | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 138. Ecolab Inc | A | Dividend | J | T | Buy | 12/04/14 | J | | |
| 139. Encana Corp | A | Dividend | | | Buy | 05/21/14 | J | | |
| 140. Encana Corp | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 141. Exxon Mobil Corp | A | Dividend | | | Buy | 08/26/14 | J | | |
| 142. Exxon Mobil Corp | A | Dividend | | | Sold | 10/27/14 | J | A | |
| 143. First Solar Inc | A | Dividend | | | Buy | 01/09/14 | J | | |
| 144. First Solar Inc | A | Dividend | | | Sold | 03/07/14 | J | A | |
| 145. Forest Labs Inc | A | Dividend | | | Buy | 01/29/14 | J | | |
| 146. Forest Labs Inc | A | Dividend | | | Sold | 02/18/14 | J | A | |
| 147. GAP Inc | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 148. Gilead Sciences Inc | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 149. Gilead Sciences Inc | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 150. Google Inc CL A Voting | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 151. Harley Davidson Inc | A | Dividend | | | Buy | 06/17/14 | J | | |
| 152. Harley Davidson Inc | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 153. Hewlett Packard Company | A | Dividend | J | T | Buy | 09/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  International Paper Co | A | Dividend | | | Buy | 04/22/14 | J | | |
| 155.  International Paper Co | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 156.  Johnson & Johnson | A | Dividend | J | T | Buy | 07/29/14 | J | | |
| 157.  JPMorgan Chase & Co | A | Dividend | | | Buy | 01/18/14 | J | | |
| 158.  JPMorgan Chase & Co | A | Dividend | | | Sold | 02/19/14 | J | A | |
| 159.  Juniper Network Inc | A | Dividend | | | Buy | 07/09/14 | J | | |
| 160.  Juniper Network Inc | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 161.  Lockheed Martin Corp | A | Dividend | | | Buy | 01/28/14 | J | | |
| 162.  Lockheed Martin Corp | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 163.  Lyondellbasell | A | Dividend | | | Buy | 09/19/14 | J | | |
| 164.  Lyondellbasell | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 165.  Macy's Inc | A | Dividend | | | Buy | 11/04/14 | J | | |
| 166.  Macy's Inc | A | Dividend | | | Sold | 11/19/14 | J | A | |
| 167.  Marathon Oil Corp | A | Dividend | | | Buy | 07/15/14 | J | | |
| 168.  Marathon Oil Corp | A | Dividend | | | Sold | 10/22/14 | J | A | |
| 169.  Micron Technology Inc | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 170.  Micron Technology Inc | A | Dividend | | | Sold (part) | 05/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Microsoft Corp | A | Dividend | J | T | Buy | 12/12/14 | J | | |
| 172. Monster Beverage Corp | A | Dividend | | | Buy | 07/24/14 | J | | |
| 173. Monster Beverage Corp | A | Dividend | | | Sold | 08/19/14 | J | A | |
| 174. Netapp Inc | A | Dividend | | | Buy | 03/19/14 | J | | |
| 175. Netapp Inc | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 176. Newell Rubbermaid Inc | A | Dividend | | | Buy | 04/07/14 | J | | |
| 177. Newell Rubbermaid Inc | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 178. Nielsen NV | A | Dividend | J | T | Buy | 11/19/14 | J | | |
| 179. Norfold Southern Corp | A | Dividend | J | T | Buy | 12/05/14 | J | | |
| 180. Ocwen Finl Corp | A | Dividend | | | Buy | 01/29/14 | J | | |
| 181. Ocwen Finl Corp | A | Dividend | | | Sold | 02/12/14 | J | A | |
| 182. Pfizer Inc | A | Dividend | J | T | Buy | 06/25/14 | J | | |
| 183. Pfizer Inc | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 184. PPG Industries Inc | A | Dividend | | | Buy | 01/21/14 | J | | |
| 185. PPG Industries Inc | A | Dividend | | | Sold | 04/21/14 | J | A | |
| 186. Prudential Financial Inc | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 187. Prudential Financial Inc | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Qualcomm Inc | A | Dividend | J | T | Buy | 07/31/14 | J | | |
| 189. Questcore Pharmaceuticals | A | Dividend | | | Buy | 03/20/14 | J | | |
| 190. Questcore Pharmaceuticals | A | Dividend | | | Sold | 04/07/14 | J | A | |
| 191. Ralph Lauren Corp | A | Dividend | | | Buy | 01/10/14 | J | | |
| 192. Ralph Lauren Corp | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 193. Raytheon Company | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 194. Raytheon Company | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 195. Schlumberger LTD | A | Dividend | | | Buy | 03/17/14 | J | | |
| 196. Schlumberger LTD | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 197. Texas Instruments Inc | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 198. Texas Instruments Inc | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 199. Thermo Fisher Scientific Inc | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 200. Thermo Fisher Scientific Inc | A | Dividend | | | Sold (part) | 06/27/14 | J | A | |
| 201. Tyco International PLC | A | Dividend | J | T | Buy | 12/15/14 | J | | |
| 202. Valero Energy Corp New (Valero rfng & mkting) | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 203. Verify Corp | A | Dividend | | | Buy | 04/22/14 | J | | |
| 204. Verify Corp | A | Dividend | | | Sold | 07/17/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Viacom Inc CL B | A | Dividend | | | Buy | 01/15/14 | J | | |
| 206. Viacom Inc CL B | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 207. Wynn Resorts | A | Dividend | | | Buy | 04/08/14 | J | | |
| 208. Wynn Resorts | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 209. Xilinx Inc | A | Dividend | | | Buy | 05/12/14 | J | | |
| 210. Xilinx Inc | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 211. Safeway Inc | A | Dividend | K | T | Buy | 05/15/14 | K | | |
| 212. Alcoa Inc | B | Interest | K | T | Buy | 05/05/14 | K | | |
| 213. New York ny city mun wtr fin auth 6/15/22 | A | Interest | | | Sold | 12/15/14 | J | A | |
| 214. New York st dorm auth rev aid long 11/1/15 | A | Interest | J | T | | | | | |
| 215. Tarrytown ny union free sch dist 1/15/17 | A | Interest | | | Sold | 01/10/14 | J | A | |
| 216. New York st dorm auth rochester ser a 7/1/23 | A | Interest | | | Sold | 06/13/14 | J | A | |
| 217. New York st environmental facs 12/15/20 | A | Interest | J | T | | | | | |
| 218. New York ny city mun wtr fin auth 6/15/22 | A | Interest | J | T | | | | | |
| 219. New York ny city genl oblig ser a 08/01/21 | A | Interest | | | Sold | 04/08/14 | K | A | |
| 220. Rockland co ny various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 221. Buffalo ny fiscal stability auth 9/1/21 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Brookhaven NY open space preservation 11/1/21 | A | Interest | J | T | | | | | |
| 223. Suffolk co ny pub impt serial ser-a 5/15/22 | A | Interest | J | T | | | | | |
| 224. Florida st Brd Ed Pub 6/1/22 | A | Interest | | | Sold | 01/10/14 | J | A | |
| 225. New York city muni wfr fin auth 6/15/22 | A | Interest | | | Sold | 04/08/14 | J | A | |
| 226. Long Island power auth ny 12/1/22 | A | Interest | K | T | | | | | |
| 227. New York st dorm au memorial sloan 7/1/24 | A | Interest | J | T | | | | | |
| 228. New York ny city genl oblig ser b 8/1/24 | A | Interest | | | Sold | 08/01/14 | K | A | |
| 229. New York genl oblig 10/1/25 | A | Interest | J | T | | | | | |
| 230. Metropolitan transn auth ny ser a 11/15/25 | A | Interest | J | T | | | | | |
| 231. Metropolitan transn auth ny ser oid 11/15/25 | A | Interest | | | Sold | 02/28/14 | J | | |
| 232. New York st twy auth gen rev ser g 1/1/26 | B | Interest | | | Sold | 06/13/14 | K | A | |
| 233. New York st twy auth st pers income 3/125/26 | A | Interest | K | T | | | | | |
| 234. New York st twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 235. New York city muni wfr fin auth - 6/15/14 | A | Interest | J | T | | | | | |
| 236. New York st dorm auth revs - 7/1/28 | A | Interest | J | T | | | | | |
| 237. NY NY city transitional fin auth bldg due 1/15/31 | B | Interest | K | T | | | | | |
| 238. New York st dorm auth pers income 12/15/26 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. NY Dorm auth rev due 2/15/27 | A | Interest | K | T | | | | | |
| 240. Port Auth NY & NJ due 10/15/31 | A | Interest | K | T | | | | | |
| 241. NYS Dorm auth due 11/1/31 | B | Interest | K | T | | | | | |
| 242. Metropolitan transn auth NY due 11/15/32 | A | Interest | | | Sold | 06/13/14 | J | A | |
| 243. NY St enviro fcs corp due 6/15/33 | A | Interest | K | T | | | | | |
| 244. NY Dorm auth revs due 7/1/33 | A | Interest | J | T | | | | | |
| 245. Triborough brdg & tunl auth 11/15/33 | B | Interest | K | T | | | | | |
| 246. Metropolitan Transn auth ny rev due 11/15/34 | A | Interest | K | T | | | | | |
| 247. NYS Dorm auth st pers inc tax due 12/15/35 | A | Interest | J | T | | | | | |
| 248. New York St twy Auth due 1/1/37 | B | Interest | K | T | Buy | 08/26/14 | K | | |
| 249. NY City Transitional Fin due 7/15/37 | B | Interest | K | T | Buy | 08/28/14 | K | | |
| 250. Metropolitan Transit Auth due 11/15/38 | B | Interest | K | T | Buy | 08/26/14 | K | | |
| 251. Goldman Sachs BK USA due 1/14/19 | B | Interest | K | T | Buy | 08/05/14 | K | | |
| 252. Ultra Russell 2000 Proskauer ETF 2x | A | Interest | | | Buy | 07/02/14 | J | | |
| 253. Ultra Russell 2000 Proskauer ETF 2x | A | Interest | | | Sold | 10/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/25/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544